# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE SALINAS FLORES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CV110** |
| | ) | |
| V. | ) | |
| | ) | |
| **D&D FOODS, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Filing 2.) Upon consideration,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (filing 2) is granted; accordingly, Plaintiff shall be allowed to proceed without payment of the filing fee.

2. The U.S. Marshal shall serve the summons and Complaint without payment of costs or fees. Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the U.S. Marshal.

3. To obtain service of process on Defendant, Plaintiff must complete and return a summons form and a USM-285 form. Upon receipt of the completed forms, the Clerk of Court will sign the summons form, to be forwarded with copies of the Complaint to the U.S. Marshal for service of process.

**DATED March 21, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**