# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE SALINAS FLORES,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV110 |
| | ) | |
| V. | ) | |
| | ) | |
| **D&D FOODS, INC.,** | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| Defendant. | ) | |

The complaint in this case was filed on March 19, 2012.  (Filing 1.)  However, there is no evidence in the record that Plaintiff has served Defendant or that Plaintiff has initiated any other action in this matter.

On July 23, 2012, the undersigned ordered Plaintiff to show cause by July 31, 2012, why this case should not be dismissed for failure to prosecute.  (Filing 5.)  As of today's date, Plaintiff has not responded to the show cause order.

Accordingly,

**IT IS HEREBY RECOMMENDED** to Chief United States District Court Judge Laurie Smith Camp that this action be dismissed.

**DATED August 8, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**