IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSE SALINAS FLORES,

        Plaintiff,

vs.

D&D FOODS, INC.,

        Defendant.

8:12CV110

**ORDER**

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 6) recommending that this case be dismissed for failure to prosecute. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation their its entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 6) are adopted in their entirety;

2. This case is dismissed without prejudice.

Dated this 5th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge